# Court of Appeals
# of the State of Georgia

ATLANTA,  March 09, 2018

*The Court of Appeals hereby passes the following order:*

**A17A1653.   A-C   FINANCING,   LLC   v.   DEPARTMENT   OF TRANSPORTATION.**

Upon plenary review of the complete appellate record and upon consideration of the parties' briefs, it appears that Appellant A-C Financing, LLC's application for interlocutory appeal was improvidently granted, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  03/09/2018*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*